5-27-2011

# United State District and Bankruptcy Court for the District of Columbia

**FILED**
JUN 21 2011
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

P

Leidy Maria Tiburcio
P.O Box 92934
Washington DC - 20090
tef 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

Case: 1:11-cv-01148
Assigned To : Unassigned
Assign. Date : 6/21/2011
Description: Pro Se Gen. Civil

D

Barrack Obama
1600 Pennsylvania AV-NW
Washington DC

## Complaint

Por fabor en el nombre de Jesus
I want to P. Barrack Obama stop the professional-MD-Dr and polisa delos hospital to damages mi

**RECEIVED**
MAY 27 2011
Clerk, U.S. District and Bankruptcy Courts

Leidy Maria Tiburcio
P.O Box 92934
Washington DC 20090
tef 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

gracias

1

*Mis deseo son mantener la constitución del País libre de crimen injustificado primero Dios Amen*

Date: May 26, 2010

I will begin in the name of Jesus Christ, Amen. I, Seidy Maria Tiburcio, in my fine mental health... I would like to greet everyone in general and those who are interested or involved in seeking justice and those who value the life of others. It stands that people should not be discriminated against, no matter their race, color, language, or profession. Lord deliver your many blessings among us so that we can respect one another and the Holy one who decides the course of each of us, Amen.

I want you all to know that I do not have any bad intentions in regards to anyone nor do I seek to offend anyone. The manner in which this situation, was brought forth to you brings me before you hurts my heart but after I was damaged in the Rox Comp, many doors have been closed to me; I am being mistreated and humiliated; and my esteem is on the floor. The people who have done this to me are a part of the medical field who claim to have professional ethics. Lawyers have also closed their doors to me, defending a premeditated crime. I am hoping no more damage is done to me. It is sad and embarrassing to know that injustice and crime has more power than justice.

*Estoy defendiendo todas las cosa buena de USA sin importar raza color idioma o profeción*

I, Seidy Maria Tiburcio, am suing the United States of America for the following reasons:

- For letting the policy and supervisors of the hospitals and clinics have the control of the community; *Porque el Congreso tiene que darme una explicación*
- For not being aware of what takes place in hospitals and clinics when negligence and premeditated crimes occur; *Porque me dañaron de esa manera / Por la falta de respecto a mi salud y el daño del cheri*
- For not making sure that the community is in safe hands; *Por lo respecto que nos merecemos*
- For not informing the professional fields that ethics were not created to commit crimes against innocent defenseless people; *Porque quiero saber adonde están la neurona de esos que dicen ser profesionales*
- Also, because I have 15 months looking for a lawyer to defend this injustice and I still no one has appeared to my defense;
- For not improving the quality of life; *Porque así no se defiende un país pero mucho menos la comunidad*
- For not preventing professionals from ruining the ethics and respect of the professional world; *Porque la Polisa delos hospales tienen el control dela comunidades*
- And because the state of Massachusetts has given and authorized people medical and law licenses to people who do not have compassion, sympathy, and respect for the lives of others.

I need protection for my family and for myself. *Exijo respuesta inmediata*

Seidy Maria Tiburcio ~~(203) 360-9483~~ 202-710-6950

*Seidy Maria Tiburcio*

*Atención ya no me agan más daño no es que no le basta*

5-27-2011

*Solo quiero un mejor futro por fabor gracias*

Before hand I would like to greet you and to hope that you are under the will power of God. in Jesus name I ask for justice. Amen. Honorable and distinguished federal and state authorities of the United States, I, Seidy Maria Tiburcio would like to give you utmost respect. This is for all good authorities in general and those who serve to protect our country and keep the peace. I hurts my soul greatly to have to come to you all with so much injustice, but the humiliation, destruction crimes and the professional abuse has not been in my hands to control. Pardon my demands for they are necessary for the security of this generation.

1. I, Seidy Maria Tiburcio ask President Barrack Obama to accompany me in the fight for justice against premeditated crimes done by M.D. Dr.
2. The peace and the tranquility have been disrupted and violated
3. I want to make sure that the pledges made by doctors and supervisors of the hospitals and clinics in the community are kept up.
4. I want happy and secure lives protected again injustice crimes for the following generations so that their families do not have to suffer because I had to take out my own son from school because of the abuse done by the professionals
5. There needs to be change in the congress so that way we can maintain the principals of the constitution in our country.
6. My son and I have had to leave our home and we are suffering too much

Please end the damage that has been done to my family and try to contact me as soon as possible at (202) 710-6950. I only look for justice.

*En el nombre de Jesus nuestro Señor Pido justicia amen*

*Aulla Siempre firma Seidy maria tiburcio*

*Telef 202-710-6950*

To begin with, hello with the most respect to you Obama sir. I, Seidy Maria would like to speak to you about something that has happened to me in Boston Massachusetts. In a clinic in Boston Massachusetts I was given a toxic liquid that has damaged my body. Instead of helping me find a cure, all they have done is try to diagnose me with a mental disability to cover up the crime that that has been committed by Miss. Trujillo. All doors have been close in my search for help so, i turn to you in my time of need. Six hospital clinics, about fifty specialists, one hundred blood tests, 3 CT scans, one biopsy, one pathology, nine months and there is still not a diagnostic for my problem. If animals can get a diagnostic why is there not one for me. I understand that the doctors could cover up a malpractice but i can not wrap my head around them trying to cover up a crime. Today it is directed towards me but who will it be next time? All I need is a specialist that can tell my how grave is the damage that this has caused me. I have had no thought of causing harm to anyone. I need justice. If you could investigate RoxComp, Tufts Medical Center, Brigham and Women's Hospital, Faulkner Hospital, Beth Israel Deaconess Medical Center, Boston Pain Clinic, Dorchester House Multi- Service Center, Carney hospital, Brookside Community Health Center and the most important RoxComp. Why have all doors to justice on me? Lawyers will not even take my case. No hospital has listened to my problem, I had even gone to New York hospital with sever inflammation and I was thrown out of the hospital because of what has been recorded about me in their documents. I feel like after my experience at RoxComp all other hospitals I have been seeking help from have only wanted to destroy me. I have tried to talk to the mayor of Boston Massachusetts but he also turned me down and i have witnesses, I did not go alone. The list goes on and on of all the ways I have tried to find help but all that has happened is that my dignity has been stepped on. I have not been searching for a critical view on my intelligence, I am looking for a diagnostic. God knows what has been happening to me. I love and respect this country in which we live in, without the importance of race, skin color, or language. I would never want anyone to go through what i have been going through. If this this not stop then who is to say there will be anyone voting at the next elections. My family and I are waiting for justice. In the Lords name i want and need justice. Amen and Thank you.

*Seidy m tiburcio*

WILLIAM BARRIOS
Notary Public, State of New York
Registration #01BA6131383
Qualified In Bronx County
Commission Expires Aug 1, 2013

*Notary Public*
*Worn before me*